[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 501.]

THE STATE OF OHIO, APPELLANT, *v*. TAUFEEQ, APPELLEE.

[Cite as *State v. Taufeeq*, 2002-Ohio-1495.]

*Criminal law—Search and seizure—Search of passenger compartment of automobile after lawful custodial arrest of occupant of automobile—Court of appeals' judgment reversed and cause remanded to trial court on authority of State v. Murrell.*

(No. 01-1902—Submitted March 13, 2002—Decided April 3, 2002.)

APPEAL from the Court of Appeals for Clermont County, No. CA2000-12-094.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *State v. Murrell* (2002), 94 Ohio St.3d 489, 764 N.E.2d 986, decided today.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals. See his dissent in *State v. Murrell* (2002), 94 Ohio St.3d 489, 764 N.E.2d 986.

_____

*Donald W. White*, Clermont County Prosecuting Attorney, *Daniel J. Breyer* and *David H. Hoffmann*, Assistant Prosecuting Attorneys, for appellant.

_____